**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

JAMES CORNELISON                                                    PLAINTIFF

V.                              CASE NO. 5:25-CV-5277

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION                                                      DEFENDANT

## JUDGMENT

   **IT IS HEREBY ORDERED AND ADJUDGED** that, for the reasons stated in the

Magistrate Judge's Report and Recommendation, the decision of the ALJ is **REVERSED**

and this case is **REMANDED** to the Commissioner for further consideration pursuant to

sentence four of 42 U.S.C. § 405(g).

   **IT IS SO ORDERED AND ADJUDGED** on this 17th day of April, 2026.


                                        /s/ Timothy L. Brooks
                                        TIMOTHY L. BROOKS
                                        CHIEF UNITED STATES DISTRICT JUDGE