**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**JAMES R. CORNELISON, JR.**                                                              **PLAINTIFF**

**V.**                                                    **CASE NO. 5:25-CV-5277**

**COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION**                                      **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 20) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, dated May 21, 2026, regarding the Motion for Attorney's Fees (Doc. 16) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**.  The Plaintiff's Motion (Doc. 16) is **GRANTED**, and the Plaintiff is awarded the sum of **$7,797.30**. This amount includes 3.1 hours of legal work during 2025 and 2026 at the approved rate of $252.00, 27.3 hours during 2026 at the approved hourly rate of $257.00.

**IT IS SO ORDERED** on this 5th day of June, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE